APPEAL No. 75-81. CHARLES M. SANTIANO *v.* AUTO PLACEMENT CENTER, INC. *et al.* Motion of defendant to affirm judgment below under Rule 16(g) denied. Bevilacqua, C.J. did not participate. *McKinnon & Fortunato, Amy R. Tabor*, for plaintiff. *Julius C. Michaelson*, Attorney General, *Allen P. Rubine*, Asst. Attorney General, *Joseph A. Kelly, C. Russell Bengtson*, for defendants.

APPEAL No. 76-193. RAMCO CONSTRUCTION CORPORATION *v.* BEACON CORPORATION *et al.* Motion of plaintiff to affirm the order below under Rule 16(g) granted. *Abedon & Visconti, Ltd., Girard R. Visconti*, for plaintiff. *Shapiro, Israel & Weiner, Barry Y. Weiner*, Boston, Mass., *Joseph F. Penza, Jr.*, for Beacon Corporation *et al.*, defendants.

APPEAL No. 76-194. SEBASTIANO PETRELLA *v.* MARK A. IZZO *et al.* Motion of the parties for special assignment is granted and this case is assigned to calendar for November 3, 1976 for oral argument. *Leonard A. Kiernan, Jr.*, for plaintiff. *Paul A. Anderson*, for defendants.

APPEAL No. 76-267. EAGLE ELECTRIC Co., INC. *et al. v.* RAYMOND CONSTRUCTION Co., INC. Treating the plaintiffs' motion to affirm the judgment below pursuant to Rule 16(g) as a motion to dismiss, the motion to dismiss is denied without prejudice to raising the issue presented in briefs and in oral argument. *William G. Gilroy*, for plaintiffs. *Louis V. Jackvony, Jr., Daniel J. Donovan*, for defendant.